The Honorable Ronald B. Leighton

**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| CLAYTON HOFFMAN, | Case No. C06-5008 RBL |
| Plaintiff, | STIPULATION OF DISMISSAL AND ORDER |
| v. | |
| CITY OF TACOMA, DEPARTMENT OF TACOMA PUBLIC UTILITIES, TACOMA RAIL, a municipal corporation; | |
| Defendants and Third Party Plaintiffs, | |
| v. | |
| PORT OF TACOMA, a municipal corporation, | |
| Third Party Defendant. | |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. C05-5008 RBL - Page 1

**ROSSI, COX, VUCINOVICH P.C.**
PROFESSIONAL CORPORATION
10900 NE 8th Street, Suite 1122
Bellevue, Washington 98004-4456
(425) 646-8003

1
2
3
4           COMES NOW Plaintiff Clayton Hoffman, by and through his attorneys of record;
5  Defendant City of Tacoma, Department of Tacoma Public Utilities, Tacoma Rail, by and
6  through its attorneys of record; and Third-Party Defendant Port of Tacoma, by and through its
7  attorneys of record, and stipulate as follows:
8       WHEREAS, Plaintiff has entered into a settlement agreement with Third-Party
9  Defendant Port of Tacoma;
10
11      WHEREAS, on January 29, 2007, this Court issued an Order Approving
12  Reasonableness of Settlement Between Plaintiff Hoffman and Third-Party Defendant Port of
13  Tacoma;
14      WHEREAS, this Court on issuance of an Order Approving Reasonableness of
15  Settlement Between Plaintiff Hoffman and Third-Party Defendant Port of Tacoma dismissed
16  Tacoma Rail's claim against Port of Tacoma for indemnity and contribution.
17      NOW, THEREFORE, it is hereby stipulated by and between said parties, by and
18  through their respective attorneys of record, that the above-entitled action, may be dismissed
19  **without prejudice**, excepting Tacoma Rail's claim against Port of Tacoma for indemnity and
20  contribution, which is dismissed **with prejudice**, however, Tacoma Rail's claim against Port of
21  Tacoma is dismissed **without prejudice**, upon order of the Court and consistent with the

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. C05-5008 RBL - Page 2

1

2

3

Court's aforementioned Order of January 29, 2007, and without imposition of costs by the

Court to any party.

SO STIPULATED this 1st day of February, 2007.

/s/_____
Bahareh Samanian
Attorney for Plaintiff Clayton Hoffman

SO STIPULATED this 1st day of February, 2007.

/s/_____
Margaret A. Elofson
Attorney for Defendant City of Tacoma, Defendant Tacoma Public Utilities, and Tacoma Rail

SO STIPULATED this 1st day of February, 2007.

/s/_____
Sarah L. Lee
Attorney for Third Party Defendant Port of Tacoma

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. C05-5008 RBL - Page 3

**ROSSI, COX, VUCINOVICH P.C.**
PROFESSIONAL CORPORATION
10900 NE 8th Street, Suite 1122
Bellevue, Washington 98004-4456
(425) 646-8003

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties for an order of dismissal, and the court being otherwise fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, that the above-entitled action be and it hereby is dismissed **without prejudice** and without costs to any party.

IT IS FURTHER HEREBY ORDERED, that Tacoma Rail's claim against Port of Tacoma for indemnity and contribution is dismissed **with prejudice** and Tacoma Rail's claim against Port of Tacoma is dismissed **without prejudice**.

DATED this 2nd day of February, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. C05-5008 RBL - Page 4

SUBMITTED BY:

/s/_____
Bahareh Samanian
Attorney for Plaintiff Clayton Hoffman


/s/_____
Margaret A. Elofson
Attorney for Defendant City of Tacoma, Defendant Tacoma Public Utilities, and Tacoma Rail


/s/_____
Sarah L. Lee
Attorney for Third Party Defendant Port of Tacoma

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. C05-5008 RBL - Page 5

**ROSSI, COX, VUCINOVICH P.C.**
PROFESSIONAL CORPORATION
10900 NE 8th Street, Suite 1122
Bellevue, Washington 98004-4456
(425) 646-8003